FILED'08 APR 29 16:13 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CORNELIUS PESTES** and **RUTH PESTES**, husband and wife; **THE PESTES FAMILY LLC**, an Oregon limited liability company; **LARRY PESTES**; and **RED BUD FARMS LLC**, an Oregon limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**LOUIS HAMILTON** and **KAREN HAMILTON**, husband and wife; **SEPCO**, an Oregon corporation; **ALEX MAUCK SEPTIC & DRAINAGE, INC.**, an Oregon corporation; **SPEEDY SEPTIC AND ROOTER SERVICE**, an Oregon corporation; **WEBSTER'S SEPTIC TANK SERVICE, INC.**, an Oregon corporation; **GRIFF'S SEPTIC SERVICE**, an Oregon corporation,<br><br>Defendants. | Civil No. 3:08-CV-0463-HA<br><br>**PRELIMINARY INJUNCTION ORDER** |

Based upon the stipulation of the parties, without either party admitting anything regarding the merits of the claims or truth of the allegations in this case, to eliminate the need for the preliminary injunction hearing currently scheduled for April 29, 2008 at 1:30 pm, and to give the parties time to pursue comprehensive settlement discussions,

IT IS HEREBY ORDERED that, with regard to the real property owned by Louis and Karen Hamilton in Clackamas County, Oregon and bearing the address of 15490 SE 262nd,

Page 1 -   **PRELIMINARY INJUNCTION ORDER**

Boring, Oregon, defendants and their agents, employees or assigns are preliminarily enjoined: (a) from receiving, treating, land applying, or otherwise discharging septage of any kind (treated or untreated) for the period from the date of this Order through June 30, 2008; and (b) from storing septage of any kind (treated or untreated) for the period from May 12, 2008 through June 30, 2008.

DATED this 29 day of April, 2008.

HON. ANCER L. HAGGERTY
U.S. DISTRICT COURT JUDGE

Page 2 -    **PRELIMINARY INJUNCTION ORDER**

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\MEH\o18822.wpd